IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:24-cr-63 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| GERALD BRIAN HOARD, | ) | T. 18 U.S.C. § 2250(a)(2)(A) |
| | ) | T. 18 U.S.C. § 2260A |
| Defendant. | ) | T. 18 U.S.C. § 2422(b) |
| | ) | T. 18 U.S.C. § 2428(a)(1) |
| | ) | T. 18 U.S.C. § 2428(b)(1)(A) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Attempted Enticement of a Minor to Engage in Illicit Sexual Activities)**

From on or about July 2, 2024, and continuing to on or about July 3, 2024, in the Southern District of Iowa, the defendant, GERALD BRIAN HOARD, using any facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, or coerce an individual, who he believed was 14 years old, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit: sexual abuse in the third degree, in violation of Iowa Code Section 709.4(1)(b)(2)(d); and lascivious acts with a child, in violation of Iowa Code Section 709.8.

This is a violation of Title 18, United States Code, Sections 2422(b).

1

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Failure to Register as a Sex Offender)**

From on or about October 19, 2019, and continuing to on or about July 3, 2024, in the Southern District of Iowa, the defendant, GERALD BRIAN HOARD, a sex offender, as defined for the purpose of the Sex Offender Registration and Notification Act, by reason of a conviction under Federal law, knowingly failed to register or keep his registration current as a sex offender as required by the Sex Offender Registration and Notification Act.

This is a violation of Title 18, United States Code, Section 2250(a)(2)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Offense by a Registered Sex Offender)**

The defendant, GERALD BRIAN HOARD, committed a felony offense involving a minor under Title 18, United States Code, Sections 2422, specifically the offense charged in Count 1, at a time when the defendant was required to register as a sex offender.

This is a violation of Title 18, United States Code, Section 2260A.

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

The allegation contained in Count 1, 2, and/or 3 this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2428(a)(1) and Section 2428(b)(1)(A).

Upon conviction for the offense alleged in Count 1, 2, and/or 3 of this Indictment, the defendant, GERALD BRIAN HOARD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1) and Section 2428(b)(1)(A), all interest in any property, real or personal, that was used to intended to be used to commit or to facilitate the commission of such violation, including but not limited to, the black Motorola Maxwest smart phone in clear case with Mobile Station International Subscriber Directory Number (MSISDN) 15635709946.

This is pursuant to Title 18, United States Code, Section 2428(a)(1) and 2428(b)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kaitlyn R. Macaulay
Assistant United States Attorney